**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. J. Reed Walters
District Attorney - 28th JDC
P. O. Box 1940
Jena LA 71342

**REHEARING ACTION: July 18, 2012**

**Docket Number: 11   01258-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CATRINA L. WALLACE**

**Appealed from LaSalle Parish Case No. 89648**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

> **DENIED.**

cc: Rachel Jones Conner, Counsel for the Appellant
    James Edgar Boren, Counsel for the Appellant